IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANALOSA SOOALO, | No. C 11-03124 YGR (PR) |
| Petitioner, | **ORDER FOR PETITIONER TO PROVIDE STATEMENT** |
| v. | |
| RANDY TEWS, Warden, and HARLEY LAPPIN, BOP Director, | |
| Respondents. | |

This is a habeas case filed by a federal prisoner. She was confined at Camp Parks, a federal correctional facility in this district, at the time she filed the petition. She contends in the petition that her rights were violated by the Bureau of Prison's refusal to shorten her term of confinement as a benefit for her participation in the Residential Drug Abuse Treatment Program (RDAP). *See* 18 U.S.C. § 3621(e)(2)(B) (sentences of successful participants in RDAP program may be reduced by up to one year). The Court issued an order to show cause why the petition should not be granted. Respondents have filed an answer and a memorandum of points and authorities in support of it. Petitioner has not filed an optional traverse.

Respondents say in their answer that Petitioner was due to be transferred to community-based care in April of 2012. Petitioner has not provided a new address. If she has been assigned to community care, she may not intend to pursue this case. Petitioner therefore is ORDERED to file a brief statement saying whether she wishes to continue with the case. The case will be dismissed without prejudice for failure to prosecute if she does not respond within thirty days or responds that she does not wish to continue with the case.

IT IS SO ORDERED.

DATED: June 13, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\YGRALL\ECF-Ready\Sooalo3124.osc-P.wpd