IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANALOSA SOOALO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RANDY TEWS, Warden, and HARLEY LAPPIN, BOP Director,<br><br>　　　　Respondents. | No. C 11-03124 YGR (PR)<br><br>**ORDER OF DISMISSAL** |

　　This is a habeas case filed by a federal prisoner. The Court issued an order to show cause why the petition should not be granted, Respondents filed an answer and Petitioner did not file an optional traverse. In their answer, Respondents indicated that Petitioner was due to be transferred to community based care in April 2012.

　　On June 13, 2013, the Court issued an Order noting that, if Petitioner had been transferred to community based care, she might not intend to pursue her case. The Court ordered Petitioner to file a statement saying whether she wished to continue with her case and indicated that, if she did not respond within thirty days, the case would be dismissed without prejudice for failure to prosecute.

　　On June 19, 2012, the post office returned the Court's mail to Petitioner as undeliverable. Because sixty days have passed since the Court's mail to Petitioner was returned as undeliverable, and the Court has received no written communication from Petitioner indicating a current address, the case is dismissed without prejudice pursuant to Civil Local Rule 3-11(b).

　　The Clerk shall close the file.

　　IT IS SO ORDERED.

DATED:　August 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**